**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 10-04086MP-001-PCT-MEA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| John David Rogers, | ) | |
| Defendant. | ) | |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED on Citation 1548457 reinstating the defendant on probation subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. The defendant shall serve **FIVE (5) DAYS** of intermittent confinement in the following manner.

2. The defendant shall self-surrender to the Coconino County Jail on September 10, 2010 by 12:00pm for a term of **THREE (3) DAYS**.

3. The defendant shall self-surrender to the Coconino County Jail on September 17, 2010 by 12:00pm for a term of **TWO (2) DAYS**.

DATED this 13th day of August, 2010.

Mark E. Aspey
United States Magistrate Judge